ENT

JS-6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BRAVO, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES COUNTY, et al., <br><br> Defendants. | Case No. CV 08-6344-AHS (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed.

Dated: December 15, 2008.

**ALICEMARIE H. STOTLER**
Alicemarie H. Stotler
Chief United States District Judge